**Ernest Franklin COBLE, Jr.,
Plaintiff–Appellant,**

v.

**William J. WILKINS; Internal Revenue
Service; Examiner # 0469241048;
United States of America, Defen-
dants–Appellees.**

No. 12–1463.

United States Court of Appeals,
Fourth Circuit.

Submitted: July 26, 2012.

Decided: Aug. 1, 2012.

Ernest Franklin Coble, Jr., Appellant
Pro Se. Kenneth L. Greene, Supervisory
Attorney, Sara Ann Ketchum, United
States Department of Justice, Washington,
D.C., for Appellees.

Before MOTZ, DAVIS, and FLOYD,
Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Ernest Franklin Coble, Jr., appeals the
district court's order adopting the recom-
mendation of the magistrate judge and
dismissing his action brought pursuant to
the Fair Debt Collection Practices Act, 15
U.S.C. §§ 1692–1692p (2006). We have
reviewed the record and find no reversible
error. Accordingly, we affirm for the rea-
sons stated by the district court. *Coble v.
Wilkins,* No. 1:11–cv–00211–JAB–JEP,
2012 WL 1450047 (M.D.N.C. Mar. 20,
2012). We dispense with oral argument
because the facts and legal contentions are
adequately presented in the materials be-
fore the court and argument would not aid
the decisional process.

*AFFIRMED.*